AO 91 (Rev. 11/11) Criminal Complaint

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

AUG 12 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>**VINCENT COOPER**<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **14-1811 TJS** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 11, 2014__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Attempted Possession With Intent to Distribute 5 Kilograms or More of Cocaine;<br>Conspiracy to Possess With Intent to Distribute 5 Kilograms or More of Cocaine |

This criminal complaint is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Nye, S/A FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/12/2014__

_____
*Judge's signature*

City and state: __Baltimore, Maryland__

Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT OF ERIC S. NYE, SPECIAL AGENT
DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION

I, ERIC S. NYE, being duly sworn, do hereby depose and state:

Introduction:

1. Your affiant is a Special Agent for the Department of Justice, Federal Bureau of Investigation (DOJ/FBI). I have been a Special Agent since 2006 and assigned to the Safe Streets Task Force (SSTF) of the Baltimore office of the FBI since 2008.

2. This affidavit is made in support of a complaint against **Antoine De-Marr Washington**, of 1414 Webster Street NW, Washington, DC and **Vincent Ronald Cooper**, of 901 New Jersey Avenue NW, Apartment 820, Washington, DC charging them with conspiracy and attempted possession with intent to distribute cocaine, in violation of 21 U.S.C. § 846.

Details of the Investigation:

3. The FBI arrested Cooperating Witness 1 ("CW1") with several kilograms of both heroin and cocaine. CW1 indicated to the FBI his desire to cooperate. CW1 indicated that he had many multi-kilogram buyers in Baltimore to whom he was intending on selling the seized cocaine and heroin. Two of those buyers were identified by CW1 as "Vito" and Cuzo." CW1 was shown pictures of both and positively identified Washington and Cooper. CW1 explained that he has sold over 40 kilograms of cocaine to Washington and Cooper.

4. On August 11, 2014, CW1 made multiple consensually recorded calls in which Cooper indicated that he wanted to purchase seven kilograms of cocaine but currently had the money to purchase six kilograms.

5. At approximately 8:45 p.m., Cooper and Washington arrived at an apartment complex located at 5512 Hadden Avenue, Baltimore, Maryland. Cooper previously instructed CW1 to meet him there because he was a maintenance man at the location and had access to vacant apartments there to safely exchange the cash for the cocaine. When agents observed Cooper and Washington arrive at the apartment, CW1 placed a call to Cooper in which Cooper indicated that he was in the right side apartment (the building has two entrances and Cooper was referring to being in the right side of the apartment building). Agents entered the parking lot and detained Washington. Cooper's vehicle was in the lot but he was not with the vehicle. Your affiant approached the right side entrance to the apartment and through the door window observed Cooper coming up from the vicinity of a basement storage door. Cooper was approached by your affiant and asked his name of which he indicated was John. Cooper admitted to being the maintenance man and that the silver Malibu parked out front was his vehicle. He was placed under arrest and a search of the area revealed a single key thrown near the stairs that Cooper was walking up when first seen by your affiant. The key was placed into the lock for the maintenance closet and found to work. The closet was opened and a safety sweep was conducted by agents. A large cabinet on the floor was opened and a brown paper bag containing a large sum of banded money was observed. Telephonic contact was made with the owner of the property who provided agents consent to search the closet. At that time $216,140 of US currency was recovered. Inside of Washington's car, agents seized an additional $7,000 in US currency.

1

Case 1:14-mj-01811-TJS   Document 1   Filed 08/12/14   Page 3 of 3

14-1811TJS
14-1812TJS

Conclusion:

6. Therefore, based on the facts set forth above, your affiant believes there is probable cause **Antoine De-Marr Washington,** of 1414 Webster Street NW, Washington, DC and **Vincent Ronald Cooper,** of 901 New Jersey Avenue NW, Apartment 820, Washington, DC, attempted to possess with intent to distribute, and conspired to possess with the intent to distribute, five kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

_____
ERIC S. NYE, Special Agent
Department of Justice, Federal Bureau of Investigation

**Subscribed and Sworn** to before me and in my presence, this 12th day of August 2014, at Baltimore, Maryland.

_____
Timothy J. Sullivan
United States Magistrate